(110 So. 168)

D. HENDRIX v. STATE. (6 Div. 785.)

(Supreme Court of Alabama. Oct. 28, 1926.)

Certiorari to Court of Appeals.

Huey & Welch, of Bessemer, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Petition of D. Hendrix for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in Hendrix v. State, 21 Ala. App. 517, 110 So. 167.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.